IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

OCT - 5 2018

JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

AMANDA S. KING, CINDY
WILLIAMS, and ELIZABETH
JENNIFER GROCE, on behalf of
themselves and all others similarly
situated,

   Plaintiffs,

v.

K-B HEALTH TECHNOLOGY,
INC. and WANDA BARRETT,

   Defendants.

CIVIL ACTION NO.
2:17-CV-026-RWS

## ORDER

This case is before the Court for consideration of Plaintiffs' Motion for Default Judgment [32]. Having reviewed the record and after due consideration, the Court enters the following Order.

Plaintiffs brought this action against defendants seeking to recover for unpaid overtime compensation under the Fair Labor Standards Act ("FLSA"). Default was entered against the Defendants on April 28, 2017. The named Plaintiffs seek a default judgment on behalf of themselves and the opt-in Plaintiffs. In support of the motion, Plaintiffs have submitted affidavits establishing their damages. Defendant Wanda Barrett filed no response to the

motion. Defendant K-B Technology filed a purported response. However, K-B Technology is not represented by counsel and the response bears no signature.

"[B]efore entering a default judgment for damages the District Court must ensure that the well-pleaded allegations in the complaint, which are taken as true due to the default, actually state a substantive cause of action and that there is a substantive, sufficient basis in the pleadings for the particular relief sought." Tyco Fire & Sec., LLC v. Alcocer, 218 F. App'x 860, 863 (11th Cir. 2007). The Court finds that the well-pleaded allegations in the complaint meet this requirement. Therefore, the only remaining issue is damages. The Court has reviewed the uncontradicted evidence submitted in support of the damages for each Plaintiff and awards damages as follows:

| **Plaintiff** | **Overtime Damages** | **Liquidated Damages** | **Total Damages** |
|---|---|---|---|
| Kaye Allen | 761.75 | 761.75 | 1,523.50 |
| Quincy Blackburn | 41,910.00 | 41,910.00 | 83,820.00 |
| Angela Broome | 1,433.25 | 1,433.25 | 2,866.50 |
| Eugenia Brunea | 2,362.50 | 2,362.50 | 4,725.00 |
| Taylor Edge | 1,017.50 | 1,017.50 | 2,035.00 |
| Juanita Fitzgerald | 75,770.00 | 75,770.00 | 151,540.00 |
| Jennifer Groce | 11,087.75 | 11,087.75 | 22,175.50 |
| April Jones | 5,494.75 | 5,494.75 | 10,989.50 |
| Amanda King | 9,713.75 | 9,713.75 | 19,427.50 |
| Cathleen McClain | 3,487.50 | 3,487.50 | 6,975.00 |
| Wendy Price | 4,974.20 | 4,974.20 | 9,948.40 |
| Cindy Williams | 24,483.25 | 24,483.25 | 48,966.50 |

The Clerk shall enter judgment in favor of Plaintiffs and against Defendants, jointly and severally, in the foregoing amounts. The total amount to be recovered is $411,346.40.

In addition to their unpaid wages and liquidated damages, Plaintiffs are entitled to attorneys' fees and costs under § 216(b) of the FLSA. Counsel may submit a statement of fees within 14 days of the entry of this order. Defendants may file objections thereto within seven days thereafter.

**SO ORDERED**, this 5TH day of October, 2018.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A (Rev.8/82)