**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| AMANDA S. KING, CINDY WILLIAMS, and ELIZABETH JENNIFER GROCE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>K-B HEALTH TECHNOLOGY, INC. and WANDA BARRETT,<br><br>　　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 2:17-cv-26-RWS |

## DEFAULT JUDGMENT

The defendant(s) K-B HEALTH TECHNOLOGY, INC. and WANDA BARRETT, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Richard W. Story, United States District Judge, by order of October 5, 2018, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiffs recover from the defendants the amount of $411,346.40, jointly and severally.

Dated at Gainesville, Georgia this 5th day of October, 2018.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:　　s/Daniel Ross
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　October 5, 2018
James N. Hatten
Clerk of Court


By:　　s/Daniel Ross
　　　　Deputy Clerk