# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| AMANDA S. KING, CINDY WILLIAMS, and ELIZABETH JENNIFER GROCE, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>K-B HEALTH TECHNOLOGY, INC. and WANDA BARRETT,<br><br>          Defendants. | CIVIL ACTION FILE<br><br>NO. 2:17-cv-0026-RWS |

## J U D G M E N T

This action having come before the court, Richard W. Story, United States District Judge, for consideration of attorney's fees, and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiffs recover from Defendants $43,583.50 as reasonable attorney's fees and costs in the amount of $586.40, for a total sum of $44,169.90.

Dated at Gainesville, Georgia this 6th day of November, 2018.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                        By:   s/Shane Gazaway
                               Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   November 6, 2018
James N. Hatten
Clerk of Court

By: s/Shane Gazaway
      Deputy Clerk